1
2
3
4
5
6
7
8 **UNITED STATES DISTRICT COURT**

9 **CENTRAL DISTRICT OF CALIFORNIA**

10

11 UNITED STATES OF AMERICA,      Case No. 2:19-cv-02455-CJC-AFM

12           Plaintiff,

13       v.          **CERTIFICATION OF**
**EXTRADITABILITY AND ORDER**
14 MANUEL DIKRAN SASSOUNIAN,      **OF COMMITMENT**

15 A Fugitive from the Government
16 of the Republic of Lithuania.

17

18

19       The Court has received a complaint in this matter filed by the U.S. Attorney's

20 Office, acting on behalf of the Government of the Republic of Lithuania, requesting

21 extradition of Manuel Dikran Sassounian ("Sassounian"). The Court is also in receipt

22 of a formal request for extradition, including supporting documentation submitted by

23 the Government of the Republic of Lithuania. The parties have filed various

24 memoranda relating to the extradition, which the Court has read and carefully

25 considered. On February 11, 2020, the Court conducted an extradition hearing, at

26 which Sassounian appeared with counsel.

27       THEREFORE, the Court finds and certifies to the U.S. Secretary of State as

28 follows:

1.  The Court has subject matter jurisdiction to conduct extradition proceedings under 18 U.S.C. § 3184 and General Order 05-07 of United States District Court for the Central District of California.

2.  The Court has personal jurisdiction over Sassounian. A valid extradition treaty exists between the United States and the Republic of Lithuania. *See* Extradition Treaty Between the United States of America and the Republic of Lithuania, U.S.-Lith., Oct. 23, 2001, S. Treaty Doc. No. 107-4 (2002), as amended by the Protocol on the Application of the Agreement on Extradition Between the United States of America and the European Union to the Extradition Treaty Between the Government of the United States of America and the Government of the Republic of Lithuania, with Annex, U.S.-Lith., June 15, 2005, S. Treaty Doc. No. 109-14 (2006). At all relevant times, the Extradition Treaty was and is in full force and effect.

3.  A formal request for the extradition of Sassounian was properly presented by the Government of the Republic of Lithuania to the U.S. Department of State in the form of a Diplomatic Note dated January 14, 2016. The documents submitted by the Republic of Lithuania in support of the extradition request have been properly certified.

4.  Sassounian has been charged in the Republic of Lithuania with Forgery in violation of Article 300(1) of the Lithuanian Criminal Code ("LCC"), Swindling, in violation of Article 182(2) of the LCC; and Violating Public Peace and Order, in violation of Article 284(1) of the LCC. The maximum penalties for Forgery and Swindling under the LCC are greater than one year, and if those offenses occurred in the United States, they would also be punishable by a maximum of more than one year of imprisonment. Therefore, the offenses of Forgery and Swindling qualify as extraditable offenses under Article 2 of the Extradition Treaty. By itself, the offense of Violating Public Peace and Order is not extraditable because it corresponds

to a misdemeanor in the United States.  However, under Article 2(5) of the Extradition Treaty, the offense of Violating Public Peace and Order is extraditable if Sassounian is also extraditable for either Forgery or Swindling.

5. The person appearing before the Court is the same Manuel Dikran Sassounian wanted by the Government of the Republic of Lithuania in its extradition request.

6. There is probable cause to believe that the offenses for which Sassounian's extradition is sought by the Republic of Lithuania were committed by the person appearing before the Court in these extradition proceedings.

*     *     *

Based on these findings and the March 9, 2020 Memorandum Opinion and Order (ECF No. 60), THE COURT HEREBY CERTIFIES under 18 U.S.C. § 3184 that it has found Manuel Dikran Sassounian extraditable for the charged offenses to the Republic of Lithuania.

IT IS ORDERED that Manuel Dikran Sassounian remain committed to the custody of the U.S. Marshal for the Central District of California pending final disposition of this matter by the Secretary of State and arrival of agents of the requesting state, at which time Manuel Dikran Sassounian shall be transferred to the custody of the agents of the requesting state at such time and place as mutually agreed upon by the U.S. Marshal and the duly authorized representatives of the Government of the Republic of Lithuania, to be transported to the Republic of Lithuania.

IT IS FURTHER ORDERED that the Clerk of the Court forthwith deliver to the Assistant U.S. Attorney a certified copy of this Certification of Extraditability and Order of Commitment (along with the March 9, 2020 Memorandum Opinion and Order) and forward without delay certified copies of the same to the Secretary of State (to the attention of the Office of the Legal Adviser) and the Director, Office of

International Affairs, Criminal Division, U.S. Department of Justice, Washington, D.C., for appropriate disposition.

IT IS SO ORDERED.

DATED: 3/16/2020

_____
ALEXANDER F. MacKINNON
UNITED STATES MAGISTRATE JUDGE